# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145684 & (4)

PROTECT OUR JOBS,
      Plaintiff-Appellant,

v

BOARD OF STATE CANVASSERS,
      Defendant-Appellee,

and,

CITIZENS PROTECTING MICHIGAN'S
CONSTITUTION,
      Intervening Defendant.
_____/

SC: 145684
COA: 311828

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered. In lieu of granting leave to appeal, pursuant to MCR 7.302(H)(1), we DIRECT the Court of Appeals to decide this case no later than Monday, August 27, 2012. The application for leave to appeal prior to decision by the Court of Appeals is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 21, 2012

d0821

_____
Clerk